IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

DANIEL DROW,

                         Plaintiff,                          ORDER

     v.

                                                  09-cv-386-bbc

RANDALL HEPP, Warden,
Jackson Correctional Institution,

                         Defendant.

---

      Daniel Drow has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He requests permission for leave to proceed *in forma pauperis*.  Petitioner's trust account statement from the institution shows that he earns $28 biweekly, with monthly deposits averaging $56.92.  With these funds, petitioner has the means to pay the $5 filing fee. Therefore, his application for leave to proceed *in forma pauperis* is DENIED.  Petitioner has until July 13, 2009 in which to pay the $5 filing fee.  If he fails to pay the filing fee by July 13, 2009, this court will dismiss the petition for his failure to prosecute it.

      Entered this 23rd day of June, 2009.

                                 BY THE COURT:

                                 /s/

                                 STEPHEN L. CROCKER
                                 Magistrate Judge