IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL DROW,

    Petitioner,

v.

RANDALL HEPP, Warden,
Jackson Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-386-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered DISMISSING petitioner Daniel Drow's petition for writ of habeas corpus for petitioner's failure to obtain the authorization required by 28 U.S.C. § 2244(a)(3)(A).

_____
Peter Oppeneer, Clerk of Court

JUL 1 6 2009
Date